**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gregory Micheal Ellis,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Circle K Corporation, et al.,<br><br>　　　　　Defendants. | No. CV-18-04088-PHX-DWL<br><br>**ORDER** |

Pursuant to Local Rule Civil 42.1(e)(2) and (3), because this case appears to be substantially related (if not identical) to CV 18-1842-PHX-JAT, and thus having the cases heard by different Judges would require a duplication of the same work, the Court will transfer CV 18-4088-PHX-DWL to the undersigned. Therefore,

**IT IS ORDERED** transferring CV 18-4088-PHX-DWL to the undersigned; the case number shall be CV 18-4088-PHX-JAT.

Dated this 10th day of December, 2018.

James A. Teilborg
Senior United States District Judge